# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 29, 2009

Marilyn Kelly,
Chief Justice

138161

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

ANTHONY MARION REDD,
        Defendant-Appellant.

SC: 138161
COA: 283934
Oakland CC: 2007-215277-FH

_____/

On order of the Court, the application for leave to appeal the December 4, 2008 judgment of the Court of Appeals is considered, and it is GRANTED. The parties shall address whether the Court of Appeals erred in concluding: (1) that the trial court abused its discretion when it granted the defendant a new trial; (2) that there was no error in the admission of the police detective's repeated testimony about the defendant's failure to deny certain accusations and his act of departing from the police interview, see *People v Bigge*, 288 Mich 417 (1939); and (3) that the defendant waived any error when defense counsel expressed satisfaction with the trial court's instructions to the jury.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 29, 2009

_____
Clerk

p0526